**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-MJ-6299-STRAUSS

UNITED STATES OF AMERICA

v.

JESUS FELIPE LINARES ANDRADE,

_____Defendant._____/

FILED BY_____D.C.

MAY - 6 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: _____
AUSA Michael N. Berger
Assistant United States Attorney
Court ID No.   A5501557
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305-961-9445
Fax: 305-530-6168
Email: Michael.Berger2@usdoj.gov

AO 91 (Rev 08/09) Criminal Complaint

FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MAY - 6 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 21-MJ-6299-STRAUSS |
| JESUS FELIPE LINARES ANDRADE, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2021 - April 30, 2021__ in the county of __Broward & Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit an Offense Against the United States |
| 18 U.S.C. § 641 | Theft of Government Money & Property |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT.**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

__TIGTA Special Agent Trent Dyer__
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim. 4.1 by FaceTime

Date: May 6, 2021

_____
*Judge's signature*

City and state: __Fort Lauderdale, Florida__     Hon. Jared M. Strauss, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

I, Trent R. Dyer, being first duly sworn, hereby depose and state as follows:

## Introduction & Agent Background

1. I am a Special Agent ("SA") with the Treasury Inspector General for Tax Administration ("TIGTA"), and have held that position since 2016. I have been employed as a law enforcement officer since 2006, first with the U.S. Army Military Police Corps, and later as a Special Agent with the U.S. Army Criminal Investigation Division. During my service as a law enforcement officer, I have participated in criminal investigations involving complex financial fraud and money laundering.

2. This affidavit is made in support of a criminal complaint charging Jesus Felipe Linares Andrade ("Linares Andrade") with violations of Title 18, United States Code, Section 371 (Conspiracy to Commit an Offense against the United States), 641 (Theft of Government Money or Property) and 1028A (Aggravated Identity Theft).

3. This affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## Probable Cause

4. Since early 2021, the Federal Bureau of Investigation ("FBI") and TIGTA have been investigating Linares Andrade, and other individuals, for the theft of U.S. Treasury stimulus checks

intended for U.S. taxpayers and the illicit cashing of those checks and laundering of the proceeds in South Florida. From January 2021 until April 2021, Linares and others have stolen over $800,000 in U.S. Treasury stimulus checks and cashed those checks using fraudulent identification documents. TIGTA has taken a sample of these checks and confirmed that they are real checks intended for payment to U.S. taxpayers.

5. Confidential Source 1 ("CS1") and Confidential Source 2 ("CS2") are cooperators with the FBI. Unless otherwise indicated, all meetings discussed herein have been audio recorded.

6. In early January 2021, CS2 had meetings with Co-Conspirator 1, Co-Conspirator 2, Co-Conspirator 3 and Co-Conspirator 4 in South Florida regarding the cashing of stolen checks by CS2.

7. On or about January 22, 2021, CS2 met with Co-Conspirator 4 in the parking area of Aventura Mall in Aventura. Co-Conspirator 4 provided the CHS with approximately 30 U.S. Treasury checks totaling approximately $36,000. Each of these checks totaled approximately $1,200 and was addressed to different U.S. taxpayers with addresses in Mexico. CS2 and Co-Conspirator 4 agreed that CS2 would return cash minus a fee of approximately 30%.

8. On or about January 27, 2021, CS2 provided Co-Conspirator 4 with approximately $25,200 in U.S. currency representing purported proceeds from the U.S. Treasury checks.[1] Based on surveillance, Co-Conspirator 4 returned to an apartment building in Aventura.

9. On or about January 29, 2021, CS1 & CS2 had discussions with Co-Conspirator 1 about having the checks mailed to a post office box located in Deerfield Beach, FL secretly controlled by the FBI (the "PO Box").

---

[1] As part of the operation, the FBI did not actually cash these checks, but obtained funds for the operation that it provided to members of the conspiracy that it represented as proceeds of the cashing of the checks.

10. On or about February 9, 2021, the PO Box received approximately 19 U.S. Treasury checks totaling approximately $33,839.

11. On or about February 13, 2021, Co-Conspirator 1 provided CS1 with identification documents for individuals for use in converting the stolen U.S. Treasury checks.

12. On or about February 19, 2021, CS2 provided Co-Conspirator 4 with approximately $18,600 in U.S. currency representing purported proceeds from the U.S. Treasury checks. Based on surveillance, Co-Conspirator 4 returned to the same apartment building in Aventura. On that same date, Co-Conspirator 1 directed CS1 to send an electronic transfer of funds through an application called Zelle to Linares. A Zelle transaction sent from an FBI controlled bank account sent approximately $1,000 in funds to Linares at this account.

13. On or about March 3, 2021, the PO Box received approximately 73 U.S. Treasury checks issued in various individuals' names totaling approximately $90,000 in a package sent from Mexico and concealed in a book.

14. On or about March 12, 2021, CS1 & CS2 met Co-Conspirator 3 at Aventura Mall, Aventura, FL and provided Co-Conspirator 3 with approximately $63,000 in U.S. currency representing purported proceeds from the U.S. Treasury checks. Based on surveillance, Co-Conspirator 3 returned to the same apartment building in Aventura.

15. On or about March 22, 2021, Co-Conspirator 1 provided CS1 with the tracking number for a DHL package understood to contain U.S. Treasury checks addressed for delivery to the PO Box.

16. On or about March 31, 2021, Co-Conspirator 1 provided CS1 with the tracking number for a DHL package and a UPS package understood to contain U.S. Treasury checks, addressed for delivery to the PO Box.

17. On or about April 2, 2021, law enforcement identified two DHL packages at the PO Box and found approximately 55 U.S. Treasury checks worth approximately $49,252 inside these packages.

18. On or about April 4, 2021, CS2 had conversations with Co-Conspirator 1 where Co-Conspirator 1 expressed concern that the UPS package would not be delivered because law enforcement had identified the package. Unknown to the conspirators, Customs and Border Protection ("CBP") had identified the UPS package as suspicious and seized it as evidence. Coordination between the FBI and CBP resulted the UPS package being returned for delivery to the PO Box.

19. On or about April 12, 2021, Linares had a meeting with CS1 and CS2 at Miami International Mall. During this meeting, CS1 and CS2 explained to Linares that they believed the package may have been seized by law enforcement. CS1 and CS2 also discussed with Linares the stolen U.S. Treasury checks and Linares retrieving the UPS package. Linares offered his assistance in retrieving the package and expressed interest in working more closely with CS1 and CS2 in the fraud scheme.

20. On or about April 13, 2021, law enforcement identified a UPS package at the PO Box and found approximately 416 U.S. Treasury checks worth approximately $249,000.

21. On or about April 14, 2021, Linares contacted CS1 and CS2 to make arrangements to pick up the UPS package at the PO Box.

22. On or about April 15, 2021, FBI agents caused a similar box to the one recovered on April 13 to be placed at the PO Box for pickup.

23. On that same day, Linares and an associate met CS1 and CS2 in the vicinity of the PO Box. Linares and his associate met in the vehicle of CS1 and CS2. CS2 provided the PO Box key

to Linares and his associate. At the PO Box, Linares' associate picked up the UPS package from the PO Box and placed the UPS package in the trunk of the vehicle of CS1 and CS2.

24. On that same day, Linares contacted CS1 to discuss payment for assistance in recovering the UPS packages. Linares requested $2,000 and provided a Zelle account in the name of Jesus Linares for payment. On or about April 16, 2021, payment of $2,000 was made via Zelle to the account of Linares from an FBI controlled bank account.

25. On or about April 16, 2021, CS1 had further conversations with Linares where Linares stated that additional U.S. Treasury checks totaling several hundred thousand dollars would arrive in the coming weeks.

26. On or about April 22, 2021, Linares contacted CS1 and CS2 to coordinate the receipt of approximately $34,476 in laundered funds and deliver an additional 226 US Treasury Checks worth approximately $135,000.

27. On or about April 26, 2021, Linares contacted CS1 and informed him/her that an email would be sent to an email believed to be controlled by CS2 with identification documents for individuals for use in converting the stolen U.S. Treasury checks. Secretly this email account was controlled and maintained by the FBI. An email was received later that day from this FBI-controlled account containing approximately 10 identification documents for use in cashing the US treasury checks provided on April 22, 2021.

28. On or about April 30, 2021, Linares had a meeting with CS1 and CS2 at the Miami International Mall in a vehicle. During this meeting, Linares placed an envelope in the vehicle containing over $150,000 in stolen U.S. Treasury checks and over 30 identification documents. The identification documents consisted of copies of driver's licenses, including Florida driver's licenses. Some of the names on the driver's licenses matched the names on the checks, for

example, the defendant had a photocopy of a driver's license in the name of J.H. matching a U.S. Treasury check for $600 for J.H.

## Conclusion

29. Based on my training and experience, and the information provided in this affidavit, I respectfully submit that there is probable cause to believe that:

- From in or around January 2021, through on or about April 30, 2021, in the Southern District of Florida and elsewhere, the defendant did knowingly and willfully combine, conspire, confederate, and agree with other persons, both known and unknown, to commit theft of government money, in violation of Title 18, United States Code, Section 641, all in violation of Title 18, United States Code, Section 371.

- On or about April 15, 2021, in the Southern District of Florida and elsewhere, the defendant, Jesus Felipe Linares Andrade, did knowingly receive, conceal and retain with the intent to convert to his own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is U.S. Department of Treasury stimulus checks totaling approximately $249,000, knowing the checks to have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code, Section 641.

- On or about April 30, 2021, in the Southern District of Florida, and elsewhere, the defendant, during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, theft of government money, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name of J.H., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

FURTHER AFFIANT SAYETH NAUGHT.

Trent R. Dyer
TIGTA Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _FaceTime_ this _6th_ day of May, 2021

HONORABLE JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE