# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

| Courtroom 310 | Date: 5/12/2021 | Time: 10:30am |
|---|---|---|

Defendant: Jesus Linares Andrade (J)   J#: 05837-104   Case #: 21-6299-JMS
AUSA: Michael Berger  Don Chase   Attorney: David Markus, Esq. (Temp)
Violation: Conspiracy to Commit an Offense Against the US; Theft of Gov Money, Aggravated Identity Theft
Proceeding: Detention Hearing/ Preliminary Examination   CJA Appt:
Bond/PTD Held: ☐ Yes  ☒ No   Recommended Bond: Detention
Bond Set at: Detention   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish ✓

Disposition: Defendant present via VTC and verbally consents to proceed via video conference. Parties stipulate to Pretrial detention with Right to revisit. Defense counsel waives preliminary examination hearing.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel: 5/21/2021 @ 11am FTL Duty
PTD/Bond Hearing:
Prelim/Arraign or Removal: 5/21/2021 @ 11am FTL Duty
Status Conference RE:
D.A.R. 11:01:22   Time in Court: 10 mins.

1

CHECK IF APPLICABLE: ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..